IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN J. SCOTT,<br><br>Defendant. | PO 25-5025-BU-KLD<br>PO 25-5026-BU-KLD<br><br>VIOLATION(s):<br>F0EF000L<br>F0EF000N<br>Location Code: MB4<br><br>ORDER |
|---|---|

Based upon the United States' motion to accept the defendant's payment of a $375 total fine and $30 processing fee for the violations F0EF000L and F0EF000N (for a total of $405), and for good cause shown, **IT IS ORDERED** that the $405 total to be paid by the defendant is accepted as a full adjudication of violations F0EF000L and F0EF000N.

The defendant may make payments of $100 per month, beginning January 2, 2026, until the total fine is paid in full.

**IT IS FURTHER ORDERED** that all court proceedings are VACATED.

DATED this 16th day of December 2025.

Kathleen L. DeSoto
United States Magistrate Judge